IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SPECTRE CORPORATION ET AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 16-932C |
| | ) | Senior Judge N. Firestone |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Peter A. Gwynne, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Peter A. Gwynne
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

s/Peter A. Gwynne
PETER A. GWYNNE
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-8239
Facsimile: (202) 305-7643
Email: Peter.A.Gwynne@usdoj.gov

Dated: August 11, 2016